IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID STARKS, SR.,**                )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )          Civil No.  **08-407-GPM-CJP**
                                       )
**CHERYL COUCH, et al.,**              )
                                       )
            Defendants.                )

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel.  **(Doc. 14)**.

Plaintiff states that defendants have objected to some of his interrogatories and requests for admissions on defendants.

In accordance with this court's local rules, defendants have not filed their objections to interrogatories with the court.  Plaintiff should have attached a copy of the objections to interrogatories to his motion.  See, SDIL-LR 26.1(b)(3).  Because the objections to interrogatories are not before the court, the court cannot rule on same.

The objections to the requests for admissions are filed at **Docs. 10, 11, and 12.** Defendants objected to some of the requests because they were couched as questions, rather than as statements of fact which could be admitted or denied.  Defendants are correct.  Their objections to plaintiff's requests for admissions are sustained.

Upon consideration and for good cause shown, plaintiff's Motion to Compel **(Doc. 14)** is **DENIED**.

IT IS SO ORDERED.

DATED:      **July 17, 2008.**

                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**