IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID STARKS, SR.,** | ) |
| Plaintiff, | ) |
| -vs- | )  NO. 08-407-CJP |
| **CHERYL COUCH, DR. K. RHODES, DR. CHANDRA, R. PEPPER, KRISTIN KWASNIEWSKI HAMMERSLEY, CLAUDIA KACHIGIAN, M.D.,** | ) |
| Defendants, | ) |
| -vs- | ) |
| **WEXFORD HEALTH SOURCES, INC.,** | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant DR. K. RHODES was dismissed on February 11, 2009, by an Order entered by United States District Judge G. Patrick Murphy (Doc. 76).

Respondent WEXFORD HEALTH SOURCES, INC. was inadvertently added to the case as a respondent due to its filing of a Notice of Compliance (Doc. 51). It was not a party to the case.

Defendants CHERYL COUCH, DR. CHANDRA, KRISTIN KWASNIEWSKI HAMMERSLEY, and CLAUDIA KACHIGIAN, M.D. were dismissed on June 1, 2009 by an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 94).

Defendant R. PEPPER was dismissed on March 18, 2010 by an Order entered by United

States Magistrate Judge Clifford J. Proud (Doc. 98).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **CHERYL COUCH, DR. K. RHODES, DR. CHANDRA, R. PEPPER, KRISTIN KWASNIEWSKI HAMMERSLEY**, and **CLAUDIA KACHIGIAN, M.D.** and against plaintiff **DAVID STARKS, SR.,**

Plaintiff shall take nothing from this action.

**DATED** this 19th day of March, 2010

                                          **NANCY J. ROSENSTENGEL, CLERK**

                                          **BY: S/ Angela Vehlewald**
                                                **Deputy Clerk**

**Approved by**   **S/ Clifford J. Proud**
                 **United States Magistrate Judge**
                        **Clifford J. Proud**